UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MONICA ISELA MARQUEZ
VILLEGAS,

                    Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security
Administration,

                   Defendant.

NO: 13-CV-3070-TOR

ORDER GRANTING STIPULATED
MOTION FOR REMAND

BEFORE THE COURT is the parties' stipulated motion for remand (ECF No. 18). Pursuant to the parties' stipulation, this case is hereby reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to: (1) conduct a new hearing and issue a new decision; (2) reevaluate all of the medical opinion evidence and, if necessary, obtain clarification of an opinion if

evidence is discounted; (3) obtain a consultative examination to assess Plaintiff's IQ scores; (4) reevaluate Plaintiff's residual functional capacity and provide appropriate rationale with specific reference to the record evidence in support of the assessed limitations; (5) reevaluate Plaintiff's credibility in accordance with Social Security Ruling 96-7; and (6) if necessary, obtain supplemental vocational expert testimony regarding Plaintiff's ability to perform past relevant work or, alternatively, work that exists in significant numbers in the national economy, ensuring vocational expert testimony addresses any conflict with the Dictionary of Occupational Titles in accordance with Social Security Ruling 00-4p.

This case is reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

//

//

//

//

//

//

//

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2

**IT IS HEREBY ORDERED:**

The parties' stipulated motion for remand (ECF No. 18) is **GRANTED**. Pursuant to the parties' stipulation, this case is hereby **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The District Court Executive is hereby directed to file this Order, enter **JUDGMENT** for Plaintiff, provide copies to counsel, and **CLOSE** the file.

**DATED** March 25, 2014.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 3